JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| RAMIRO LOPEZ MANCILLAS, | ) | Case No.: 2:22-cv-08202-JDE |
| | ) | |
|      Plaintiff, | ) | |
|   vs. | ) | JUDGMENT |
| | ) | |
| KILOLO KIJAKAZI, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
|      Defendant. | ) | |

The Court having approved the parties' Stipulation to Voluntary

Remand (Dkt. 15, "Stipulation to Remand") and entered an Order of Remand,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the

above-captioned action is remanded to the Commissioner of Social Security

for further proceedings consistent with the Stipulation to Remand..

DATED:  March 23, 2023

JOHN D. EARLY
United States Magistrate Judge