UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RAMIRO LOPEZ MANCILLAS,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>Defendant. | No. 2:22-cv-08202-JDE<br><br>ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS UNDER 28 U.S.C. § 1920 |

Based upon the parties' Stipulation (Dkt. 18), IT IS ORDERED that Plaintiff shall be awarded attorney's fees and expenses of $1,315.72 under 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920, subject to the terms of the above-referenced Stipulation.

Dated: June 21, 2023

_____
JOHN D. EARLY
United States Magistrate Judge